| | |
|---|---|
| **Denver District Court**<br>**Denver County, Colorado**<br>**Court Address:** 1437 Bannock St., Rm. 256, Denver, CO 80202 | |
| **EDWARDS, LANDIS**<br>**Plaintiff(s)**<br>v.<br><br>**ZENIMAX MEDIA INC et al**<br>**Defendant(s)** | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Jan 9 2012 8:04AM MST**<br>**Filing ID: 41748415**<br>**Review Clerk: Matthew Palmer**<br>▲ COURT USE ONLY ▲<br><br>**Case Number: 12CV45**<br>**Courtroom: 424** |
| <center>**DELAY REDUCTION ORDER**</center> ||

All civil courtrooms are on a delay reduction docket. To determine if your case is within the Colorado Civil Access Pilot Project ("CAPP") for Business Actions, refer to Appendix A of Chief Justice Directive 11-02, available at http://www.courts.state.co.us/Courts/Civil_Rules.cfm. All civil cases not within the CAPP for Business Actions are governed by **Part I** of this Delay Reduction Order. All civil cases that are within the CAPP for Business Actions are governed by **Part II** of this Delay Reduction Order.

<center>**PART I**</center>

A. For all civil actions that are not within the CAPP for Business Actions the following deadlines must be met:

 1. Service of Process: Returns of Service on all defendants shall be filed within 60 days after the date of the filing of the complaint.

 2. Default Judgment: Application for default judgment shall be filed within 30 days after default has occurred.

 3. Trial Setting: Plaintiff shall serve a Notice to Set the case for trial and shall complete the setting of the trial within 30 days from the date the case becomes at issue. A case shall be deemed "at issue" when all parties have been served and have filed all pleadings permitted by C.R.C.P. 7, or defaults or dismissals have been entered against all non-appearing parties, or at such other time as the court shall direct.

B. The court will consider extending these time periods upon timely filing of a motion showing good cause.

<center>**PART II**</center>

A. Cases that come within the CAPP for Business Actions are governed by the Pilot Project Rules ("PPR"), available at: http://www.courts.state.co.us/Courts/Civil_Rules.cfm. A timetable is available on this same website for your reference.

B. General Overview of the Pilot Project Rules

 1. The rules shall be construed and administered to secure the just, timely, efficient, and cost-effective determination of this action.

 2. This action shall be addressed in ways designed to assure that the process and the costs are proportionate to the needs of the case

 3. The intent of the rules is to utilize pleadings to identify and narrow the disputed issues at the earliest stages of litigation and thereby focus discovery. Adherence to the rules, with their emphasis on early complete disclosures and frequent case management conferences, should continually inform the parties and the Court of the issues, claims, and defenses in the case, and obviate the need for ongoing amendments of the pleadings.

    4. The material facts pleaded should provide the "who, what, when, where, and how" of each element of a claim or defense.  This pleading standard applies equally to affirmative defenses.

    5. It is the purpose of the rules to replace the broad discovery currently allowed with proportionate discovery.  All facts are not necessarily subject to discovery.  The proportionality factors as stated in the rules will thus shape the process for the case.

C. Deadlines that must be met by Plaintiff(s) are:

    1. <u>Service of Process</u>: Returns of Service on all defendants shall be filed within 35 days after the date of filing of the complaint.

    2. <u>Initial Disclosures</u>: Plaintiff(s) shall file PPR 3.1 initial disclosures concerning the claim(s) for relief with the Court no later than 21 days after service of the complaint.

    3. <u>Default Judgment</u>: Application for default judgment shall be filed within 35 days after default has occurred.

    4. <u>Initial Case Management Conference</u>:  Plaintiff(s) shall serve a Notice to Set the initial case management conference within 7 days after the last answer is filed.  This conference shall be held within 49 days after the last answer is filed (see PPR 7.1).

    5. <u>Trial Setting</u>: The trial shall be set at the Initial Case Management Conference.

## **PART III**

The following provisions apply to all civil cases– those within and those not within the CAPP for Business Actions:

A. IF AN ATTORNEY OR <u>PRO SE</u> PARTY FAILS TO COMPLY WITH THIS ORDER, THE COURT MAY DISMISS THE CASE WITHOUT PREJUDICE.  THIS ORDER SHALL BE THE INITIAL NOTICE REQUIRED BY RULE 121, SECTION 1-10, AND RULE 41(B)(2).

B. Setting times for civil divisions in Denver District Court are Tuesday, Wednesday, and Thursday, from 10:00 am – 12:00 pm.

C. Plaintiff shall send a copy of this order to all other parties who enter an appearance.

D. Any attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case an Information Regarding Related Case(s) form available at http://www.courts.state.co.us/Courts/District/Index.cfm?District_ID=2 or in Room 256 of the City and County Building.

Date:   January 9, 2012                                          BY THE COURT:

                                                                           <u>/s/Sheila A. Rappaport</u>
                                                                           District Court Judge
                                                                           Denver District Court

cc:      Plaintiff(s) or Plaintiff(s) Counsel