| | |
|---|---|
| District Court, Denver County, Colorado<br>Court Address: 1437 Bannock St # 256<br>Denver, CO 80202 | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Jan 5 2012 4:01PM MST<br>Filing ID: 41716252<br>Review Clerk: Matthew Palmer |
| Plaintiff: LANDIS EDWARDS, individually and on behalf of all others similarly situated<br>v.<br>Defendant: ZENIMAX MEDIA, INC., a Delaware Corporation, and BETHESDA SOFTWORKS, LLC, a Delaware Limited Liability Company | ▲ COURT USE ONLY ▲<br>Case Number:<br>Division:     Courtroom: |

## DISTRICT COURT CIVIL SUMMONS

TO THE ABOVE NAMED DEFENDANT: Zenimax Media, Inc.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 20 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 30 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 1/5/12

Clerk of Court/Clerk

Signature of Plaintiff

999 W. 18th Street, Suite 3000
Address of Plaintiff

Denver, CO 80202

303/357-4878
Plaintiff's Phone Number

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

JDF 600   R12/07   DISTRICT COURT CIVIL SUMMONS