SUPPLEMENTAL CIVIL COVER SHEET FOR
NOTICES OF REMOVAL

Appendix B

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal.

1. LANDIS EDWARDS
2.
3.
4.
5.
6.

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal.

1. ZENIMAX MEDIA, INC.
2. BETHESDA SOFTWORKS, LLC
3.
4.
5.
6.

### Section C - Pending State Court Motions
As of Date of Removal

| Title of State Court Motion | Date Motion Filed |
| --- | --- |
| 1. NONE. | N/A |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

### Section D - Scheduled State Court Hearings
As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
| --- | --- | --- | --- |
| 1. NONE. | N/A | N/A | N/A |
| 2. | | | |
| 3. | | | |
| 4. | | | |

_[Signature]_
Signature

GEORGE H. PARKER
Printed Name

Telephone Number: 303-291-7804

Date: 2/15/2012

State Court Case Number: 2012-CV-45
(DENVER DIST. COURT)

(Rev 11/08/2010)