UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

LANDIS EDWARDS, individually and
on behalf of all others similarly
situated

    Plaintiff,

v.                                  Civil Action No.

ZENIMAX MEDIA INC., a Delaware
Corporation, and BETHESDA SOFTWORKS LLC,
a Delaware Limited Liability Company

    Defendants.
_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants ZeniMax Media Inc. and Bethesda Softworks LLC, through their counsel, hereby submit this Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1 and D.C.COLO.LCivR 7.4:

1.    Defendant ZeniMax Media Inc. ("ZeniMax") is a privately held corporation with no corporate parent. No publically held entity owns 10% or more of ZeniMax's stock.

2.    Defendant Bethesda Softworks LLC ("Bethesda") is a privately held limited liability company that is a wholly owned subsidiary of ZeniMax. No publically held entity owns 10% or more of Bethesda's stock.

Dated: February 15, 2012

Respectfully submitted,

s/ John T. Williams_____
HINKHOUSE WILLIAMS WALSH LLP
John T. Williams
Jason H. Nash
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois  60601
Telephone: (312) 784-5400
Facsimile: (312) 784-5499
jwilliams@hww-law.com
jnash@hww-law.com

George H. Parker
THE LAW OFFICE OF GEORGE H. PARKER
1801 Broadway, Ste. 1500
Denver, Colorado 80202
Telephone: (303) 291-7904
Facsimile: (303) 291-7977
george.parker@zurichna.com

***Attorneys For Defendants ZeniMax Media Inc. and Bethesda Softworks LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Corporate Disclosure Statement was served upon the following counsel of record by U.S. Mail, postage prepaid, on February 15, 2012:

>Steven L. Woodrow
>Edelson Mcguire LLC
>999 W. 18th Street, Suite 3000
>Denver, Colorado 80202
>
>*Attorney for Plaintiff*

>s/ George H. Parker
>HINKHOUSE WILLIAMS WALSH LLP
>John T. Williams
>Jason H. Nash
>180 N. Stetson Avenue, Suite 3400
>Chicago, Illinois  60601
>Telephone: (312) 784-5400
>Facsimile: (312) 784-5499
>jwilliams@hww-law.com
>jnash@hww-law.com
>
>George H. Parker
>THE LAW OFFICE OF GEORGE H. PARKER
>1801 Broadway, Ste. 1500
>Denver, Colorado 80202
>Telephone: (303) 291-7904
>Facsimile: (303) 291-7977
>george.parker@zurichna.com
>
>*Attorneys For Defendants ZeniMax Media Inc. and Bethesda Softworks LLC*

4821-4814-3118, v.  1