UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

LANDIS EDWARDS, individually and on behalf of all others similarly situated

Plaintiff,

v. Civil Action No.

ZENIMAX MEDIA INC., a Delaware Corporation, and BETHESDA SOFTWORKS LLC, a Delaware Limited Liability Company

Defendants.
_____________________________________/

## DEFENDANTS' NOTICE OF RELATED CASES

Defendants ZeniMax Media Inc. and Bethesda Softworks LLC, through their counsel, hereby submit this Notice of Related Cases pursuant to D.C.COLO.LCivR 7.5:

Related cases pending in other federal and state jurisdictions that reasonably may be related to this case are:

1. *Walewski v. ZeniMax Media Inc., et al.*, United States District Court for the Middle District of Florida, Case No. 6:11-cv-1178-Orl-28DAB.

Dated: February 15, 2012

Respectfully submitted,

s/ John T. Williams______________________
HINKHOUSE WILLIAMS WALSH LLP
John T. Williams
Jason H. Nash
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Facsimile: (312) 784-5499
jwilliams@hww-law.com
jnash@hww-law.com

George H. Parker
THE LAW OFFICE OF GEORGE H. PARKER
1801 Broadway, Ste. 1500
Denver, Colorado 80202
Telephone: (303) 291-7904
Facsimile: (303) 291-7977
george.parker@zurichna.com

***Attorneys For Defendants ZeniMax Media Inc. and Bethesda Softworks LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Notice of Related Cases was served upon the following counsel of record by U.S. Mail, postage prepaid, on February 15, 2012:

Steven L. Woodrow
Edelson Mcguire LLC
999 W. 18th Street, Suite 3000
Denver, Colorado 80202

***Attorney for Plaintiff***

s/ George H. Parker______________________
HINKHOUSE WILLIAMS WALSH LLP
John T. Williams
Jason H. Nash
180 N. Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Facsimile: (312) 784-5499
jwilliams@hww-law.com
jnash@hww-law.com

George H. Parker
THE LAW OFFICE OF GEORGE H. PARKER
1801 Broadway, Ste. 1500
Denver, Colorado 80202
Telephone: (303) 291-7904
Facsimile: (303) 291-7977
george.parker@zurichna.com

***Attorneys For Defendants ZeniMax Media Inc. and Bethesda Softworks LLC***

4815-7044-3278, v. 1