UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

LANDIS EDWARDS, individually and
on behalf of all others similarly
situated

    Plaintiff,

v.                                        Civil Action No.

ZENIMAX MEDIA INC., a Delaware
Corporation, and BETHESDA SOFTWORKS LLC,
a Delaware Limited Liability Company

    Defendants.
_____/

## ENTRY OF APPEARANCE OF JASON H. NASH

      Jason H. Nash, a member of the bar of this Court, of Hinkhouse Williams Walsh LLP hereby enters his appearance on behalf of Defendants ZeniMax Media Inc. and Bethesda Softworks LLC.

Dated: February 15, 2012            Respectfully submitted,

                                          s/ Jason H. Nash
                                          HINKHOUSE WILLIAMS WALSH LLP
                                          Jason H. Nash
                                          180 N. Stetson Avenue, Suite 3400
                                          Chicago, Illinois 60601
                                          Telephone: (312) 784-5400
                                          Facsimile: (312) 784-5499
                                          jnash@hww-law.com

                                          ***Attorneys For Defendants ZeniMax Media Inc.***
                                          ***and Bethesda Softworks LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance of Jason H. Nash was served upon the following counsel of record by U.S. Mail, postage prepaid, on February 15, 2012:

    Steven L. Woodrow
    Edelson Mcguire LLC
    999 W. 18th Street, Suite 3000
    Denver, Colorado 80202

    *Attorney for Plaintiff*

 

    s/ George H. Parker
    HINKHOUSE WILLIAMS WALSH LLP
    John T. Williams
    Jason H. Nash
    180 N. Stetson Avenue, Suite 3400
    Chicago, Illinois  60601
    Telephone: (312) 784-5400
    Facsimile: (312) 784-5499
    jwilliams@hww-law.com
    jnash@hww-law.com

    George H. Parker
    THE LAW OFFICE OF GEORGE H. PARKER
    1801 Broadway, Ste. 1500
    Denver, Colorado 80202
    Telephone: (303) 291-7904
    Facsimile: (303) 291-7977
    george.parker@zurichna.com

    *Attorneys For Defendants ZeniMax Media Inc.*
    *and Bethesda Softworks LLC*

4851-6882-8430, v.  1