UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

LANDIS EDWARDS, individually and
on behalf of all others similarly
situated

    Plaintiff,

v.                                                                                    Civil Action No.

ZENIMAX MEDIA INC., a Delaware
Corporation, and BETHESDA SOFTWORKS LLC,
a Delaware Limited Liability Company

    Defendants.
_____/

### **ENTRY OF APPEARANCE OF JOHN T. WILLIAMS**

John T. Williams, a member of the bar of this Court, of Hinkhouse Williams Walsh LLP hereby enters his appearance on behalf of Defendants ZeniMax Media Inc. and Bethesda Softworks LLC.

Dated: February 15, 2012        Respectfully submitted,

        s/ John T. Williams_____
        HINKHOUSE WILLIAMS WALSH LLP
        John T. Williams
        180 N. Stetson Avenue, Suite 3400
        Chicago, Illinois  60601
        Telephone: (312) 784-5400
        Facsimile: (312) 784-5499
        jwilliams@hww-law.com

        ***Attorneys For Defendants ZeniMax Media Inc.***
        ***and Bethesda Softworks LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance of John T. Williams was served upon the following counsel of record by U.S. Mail, postage prepaid, on February 15, 2012:

> Steven L. Woodrow
> Edelson Mcguire LLC
> 999 W. 18th Street, Suite 3000
> Denver, Colorado 80202
>
> *Attorney for Plaintiff*

> s/ George H. Parker
> HINKHOUSE WILLIAMS WALSH LLP
> John T. Williams
> Jason H. Nash
> 180 N. Stetson Avenue, Suite 3400
> Chicago, Illinois  60601
> Telephone: (312) 784-5400
> Facsimile: (312) 784-5499
> jwilliams@hww-law.com
> jnash@hww-law.com
>
> George H. Parker
> THE LAW OFFICE OF GEORGE H. PARKER
> 1801 Broadway, Ste. 1500
> Denver, Colorado 80202
> Telephone: (303) 291-7904
> Facsimile: (303) 291-7977
> george.parker@zurichna.com
>
> *Attorneys For Defendants ZeniMax Media Inc. and Bethesda Softworks LLC*

4842-6240-0014, v.  1