| ☐ County Court  ☑ District Court<br>Denver _____ County, Colorado<br>Court Address:<br>1437 Bannock St. #265<br>Denver, CO 80202 | |
|---|---|
| Plaintiff(s): LANDIS EDWARDS, individually and on behalf of all others similarly situated<br>v.<br>Defendant(s): ZENIMAX MEDIA, INC., a Delaware Corporation, and BETHESDA SOFTWORKS, LLC, a Delaware Limited Liability Company | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Jan 30 2012 11:55AM MST**<br>**Filing ID: 42204379**<br>**Review Clerk: Charmaine Bright**<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Steven L. Woodrow<br><br>Phone Number: 303-257-4878   E-mail: swoodrow@edelson.com<br>FAX Number: 312-254-0351   Atty. Reg. #: 43140 | Case Number:<br><br>Division _____ Courtroom _____ |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served _Summons, Complaint, Civil Cover Page_ (identify title of documents) on the Defendant in _Montgomery County, Maryland_ (name of County/State) on _1/25/2012_ (date) at _1315_ (time) at the following location: _1370 Piccard Dr., Ste 120, Rockville, MD 20850_.

☐ By handing the documents to a person identified to me as the Defendant: _____ (print name of person served).

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant's usual place of abode with _____ (Name of Person) who is a member of the Defendant's family and whose age is 18 years or older. (Identify family relationship) _____.)

☐ By leaving the documents at the Defendant's usual workplace with _____ (Name of Person) who is the Defendant's secretary, administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

☑ By leaving the documents with _J. Griffin Lesher_ (Name of Person), who as _Secretary_ (title) is authorized by appointment or by law to receive service of process for the Defendant.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e): _____.

☐ **For Eviction Cases Only.**
I have made diligent efforts such as _____ (list personal service attempts) but have been unable to make personal service on the Defendant(s) and I have made service of the within summons and complaint by posting a copy of them in a conspicuous place upon the premises described therein.

I have charged the following fees for my services in this matter:
☐ Private process server
☑ Sheriff, _Montgomery_ County
Fee $ _60.00_   Mileage $ _____

Signature of Process Server _Ja Cupera Deputy Sheriff_
Name (Print or type) _Jason Cupera_

Subscribed and affirmed, or sworn to before me in the County of _Montgomery_, State of _Maryland_ this _26_ day of _January_, 20_12_.
My Commission Expires: _8/26/13_

Notary Public _Joyce Marie Elliott_

Joyce Marie Elliott
NOTARY PUBLIC
Frederick County, State of Maryland
My Commission Expires 08/26/2013

JDF 98   R9/10   AFFIDAVIT OF SERVICE