UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

LANDIS EDWARDS, individually and
on behalf of all others similarly
situated

    Plaintiff,

vs.                                                                     Civil Action No.

ZENIMAX MEDIA INC., a Delaware
Corporation, and BETHESDA SOFTWORKS LLC,
a Delaware Limited Liability Company

    Defendants.
_____/

## DECLARATION OF JASON H. NASH IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

1.    I am an attorney at law duly licensed to practice in the State of Illinois and admitted to practice in the United States District Court for the District of Colorado. I am an associate in the law firm of Hinkhouse Williams Walsh LLP, counsel of record for Defendants ZeniMax Media Inc. and Bethesda Softworks LLC ("Defendants"). I make this declaration in support of Defendants' Notice of Removal.

2.    Unless specifically stated to be made upon information and belief, I have personal knowledge of the matters set forth herein and, if called upon as a witness, could and would competently testify thereto.

3.    *The Elder Scrolls IV: Oblivion® Game of the Year Edition* for the PlayStation 3 video game console currently is sold at GameStop retail stores for $19.99 for a new version, and $17.99 for a pre-owned version. Attached hereto as Exhibit 1 is a true and correct copy of a


EXHIBIT C

website printout from GameStop.com dated February 9, 2012 offering *The Elder Scrolls IV: Oblivion® Game of the Year Edition* for sale for $19.99 for new a new version and $17.99 for a pre-owned version.

4. The standard edition of *The Elder Scrolls IV: Oblivion®* was sold for $59.99 when it was released on March 20, 2006. Attached hereto as Exhibit 2 is a true and correct copy of a joystiq.com article dated March 2, 2006 entitled "Oblivion release imminent – March 20 (it's official)" announcing the list price of $59.99 for the standard edition of *The Elder Scrolls IV: Oblivion®*.

5. Over 1.7 million units of *The Elder Scrolls IV: Oblivion®* were shipped within the first month of the game's release. Attached hereto as Exhibit 3 is a true and correct copy of the press release of Take-Two Interactive Software, Inc. dated April 10, 2006, announcing that shipments of *The Elder Scrolls IV: Oblivion®* video game for the PC and Xbox 360 platforms exceeded 1.7 million units as of April 10, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2012 at Chicago, Illinois.

By: s/ Jason H. Nash  
Jason H. Nash  
HINKHOUSE WILLIAMS WALSH LLP  
180 N. Stetson Ave., Suite 3400  
Chicago, IL 60601  
Phone: (312) 784-5400  
Fax: (312) 784-5499  
jnash@hww-law.com





| Mail | You might also like: WoW Insider, Massively, and more                                    Login  / Register



# Oblivion release imminent -- March 20 (it's official)

28                                                                                                                                                                AdChoices

by James Ransom-Wiley on Mar 2nd 2006 2:00PM

Bethesda is finally ready to commit to a release date for *The Elder Scrolls IV: Oblivion*. The delay is over. The highly anticipated title will be in your hands on March 20 (or soon after).



Bethesda and 2K Games have announced that Oblivion has gone gold and will be released in North America and Europe during the week of March 20. Two versions, standard and collector's edition, are planned for release, carrying price tags of $59.99 and $69.99 respectively. This is going to be a big month for the 360 indeed.

**BREAKING NEWS**

MORE →



Double Fine breaks Kickstarter funding records

[Thanks to everyone that sent this in!]

| Source

Tags: PC, Xbox-360

Like    Sign Up to see what your friends like.                                   -    -                0

**Sponsored Links**

**Rare Earth Mineral Stock**
This rare earth mineral stock is poised for a Gold Rush in 2012. Can NECA make you rich?
NewAmericaEnergyCorp.com

**Buy The Cheapest Laptops**
Best Deals on Laptops, Netbooks, Tablet PCs and Other Peripherals
www.compushope.com

Buy a link here

**Sponsored Links**

**Rare Earth Mineral Stock**
This rare earth mineral stock is poised for a Gold Rush in 2012. Can NECA make you rich?
NewAmericaEnergyCorp.com

**Buy The Cheapest Laptops**
Best Deals on Laptops, Netbooks, Tablet PCs and Other Peripherals
www.compushope.com

**Drive More Revenue Today!**
Watch our demo and see how Silverpop can help you boost revenue.
www.silverpop.com

Buy a link here

**FEATURED STORIES**

## Reader Comments (28)

 Posted: Mar 2nd 2006 2:04PM
(Unverified) said

I'm sure I won't be the only person to say, "Finally! and Thank Friggin' God!"

 

Reply

 **Rhythm Heaven Fever review: Crazy into you**
Posted on Feb 9th 2012 12:00PM

Remedy n...
Alan Wake
Posted on Feb



Reply



Print Page | Close Window

# TAKE-TWO NEWS RELEASE

Take-Two Interactive Software, Inc. Ships More Than 1.7 Million Units of The Elder Scrolls IV: Oblivion
NEW YORK--(BUSINESS WIRE)--April 10, 2006--Take-Two Interactive Software, Inc. (NASDAQ: TTWO) today announced that shipments of The Elder Scrolls(R) IV: Oblivion(TM) for PC and Xbox 360(TM) video game and entertainment system from Microsoft have exceeded 1.7 million units worldwide. The Elder Scrolls IV: Oblivion was developed by Bethesda Softworks(R) and co-published by 2K Games, a Take-Two publishing label.

"We are very encouraged by the worldwide consumer demand for Oblivion," stated Paul Eibeler, Take-Two's President and Chief Executive Officer. "The development team at Bethesda promised and delivered the first true next generation role playing game experience."

The Elder Scrolls IV: Oblivion is rated "T" for Teen by the ESRB and is available for both the PC and Xbox 360 in regular and collector's editions. For more information on the title visit the official web site at www.elderscrolls.com.

About Take-Two Interactive Software, Inc.

Headquartered in New York City, Take-Two Interactive Software, Inc. is an integrated global developer, marketer, distributor and publisher of interactive entertainment software games and accessories for the PC, PlayStation(R) game console, PlayStation(R)2 computer entertainment system, PSP(TM) (PlayStation(R)Portable) system, Xbox(R) and Xbox 360(TM) video game and entertainment systems from Microsoft, Nintendo GameCube(TM), Nintendo DS(TM) and Game Boy(R) Advance. The Company publishes and develops products through its wholly owned labels Rockstar Games, 2K Games, 2K Sports and Global Star Software; and distributes products in North America through its Jack of All Games subsidiary. Take-Two also manufactures and markets video game accessories in Europe, North America and the Asia Pacific region through its Joytech subsidiary. The Company maintains sales and marketing offices in Cincinnati, New York, Toronto, London, Paris, Munich, Madrid, Vienna, Milan, Sydney, Breda (Netherlands), Auckland, Shanghai and Tokyo. Take-Two's common stock is publicly traded on NASDAQ under the symbol TTWO. For more corporate and product information please visit our website at www.take2games.com.

All trademarks and copyrights contained herein are the property of their respective holders.

Xbox, Xbox 360, and Xbox Live are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995: This press release contains forward-looking statements made in reliance upon the safe harbor provisions of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. The statements contained herein which are not historical facts are considered forward-looking statements under federal securities laws. Such forward-looking statements are based on the beliefs of our management as well as assumptions made by and information currently available to them. The Company has no obligati[on to update] such forward-looking statements. Actual results may vary significantly from these forward-looki[ng statements] based on a variety of factors. These important factors are described in the Company's Form 10-[K]

EXHIBIT 3

ended January 31, 2006 in the section entitled "Cautionary Statement and Risk Factors".

```
CONTACT: Take-Two Interactive Software, Inc.
         Jim Ankner, 646-536-3006
         james.ankner@take2games.com

SOURCE: Take-Two Interactive Software, Inc.
```