UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

LANDIS EDWARDS, individually and
on behalf of all others similarly situated,

    Plaintiff,

  v.                                  Civil Action No. 12-CV-00411-WYD

ZENIMAX MEDIA INC., a Delaware
Corporation, and BETHESDA SOFTWORKS LLC,
a Delaware Limited Liability Company

    Defendants.

## DEFENDANTS' FILING OF STATE COURT DOCKET SHEET

COMES NOW DEFENDANTS, ZENIMAX MEDIA INC. and BETHESDA SOFTWORKS LLC, through their counsel and pursuant to United States District Court of Colorado Local Rule 81.1, hereby submit a true and correct copy of the State Court Docket Sheet, from the Denver County District Court, Cause No. 12-CV-45. (*See attached exhibit for the docket sheet*).

Dated this the 1st day of March, 2012.

                                          Respectfully submitted,

                                          /s/ George H. Parker
                                          *Original Signature on file at The Law*
                                          *Offices of George H. Parker*
                                          THE LAW OFFICES OF GEORGE H. PARKER
                                          1801 Broadway, Ste. 1500A
                                          Denver, Colorado 80202
                                          Telephone:  (303) 291-7904
                                          Facsimile:   (303) 291-7977
                                          george.parker@zurichna.com

                                          and,

        John T. Williams
        Jason H. Nash
        180 N. Stetson Avenue, Ste. 3400
        Chicago, Illinois 60601
        Telephone:  (312) 784-5400
        Facsimile:   (312) 784-5499
        jwilliams@hww-law.com
        jnash@hww-law.com

        *Attorneys for Defendants ZeniMax Media Inc.*
        *and Bethesda Softworks LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the foregoing on all counsel of record by filing this document through the court CM/ECF filing system on this the 1st day of March, 2012.

        /s/ George H. Parker
        *Original Signature on file at The Law*
        *Offices of George H. Parker*