[Click to Print]

Printed on: Thursday, March 01, 2012 18:14:05 MST

## Case History Search
Search Created:
Thursday, March 01, 2012 18:14:05 MST

| Submitted By: | Court | Plaintiff | Defendant |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | CO Denver County District Court 2nd JD | **Judge:** | Laff, Kenneth M | **File & Serve Live Date:** | 1/5/2012 |
| **Division:** | 424 - Division 424 | **Case Number:** | 2012CV45 | **Document(s) Filed:** | 15 |
| **Case Type:** | Injunctive Relief | **Case Name:** | EDWARDS, LANDIS vs. ZENIMAX MEDIA INC et al | **Date Range:** | All |

1-8 of 8 transactions  <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 42554508 | 2/16/2012 12:51 PM MST | File And Serve | 2012CV45 EDWARDS, LANDIS vs. ZENIMAX MEDIA INC et al | George H Parker, Parker, George H | Filing Other | Supplemental Notice of Filing of Notice of Removal w/attach • Linked to (2) | 0.1MB |
| | | | | | Exhibit List | Exhibit A • Linked to (2) | 0.1MB |
| 42541883 | 2/16/2012 8:00 AM MST | File And Serve | 2012CV45 EDWARDS, LANDIS vs. ZENIMAX MEDIA INC et al | Not Available, Not Available-n/a | Case Closed | Document filed in paper format--no additional information is available online | 0MB |
| 42539568 | 2/15/2012 8:03 PM MST | File And Serve | 2012CV45 EDWARDS, LANDIS vs. ZENIMAX MEDIA INC et al | George H Parker, Parker, George H | Notice of Removal | Notice of Filing of Notice of Removal w/attach • Linked from (2) | 0.1MB |
| | | | | | Filing Other | Exhibit A • Linked from (2) | 0.1MB |
| 42204379 | 1/30/2012 11:55 AM MST | File Only | 2012CV45 EDWARDS, LANDIS vs. ZENIMAX MEDIA INC et al | Steven L Woodrow, Edelson McGuire LLC | Return of Service | (Affidavit of Service) servd summ, cmpl, civil cover sheet on def by leaving with j. griffin lesher, secretary and authorized to recieve service of process for the def on 1-25-12 | 0.3MB |
| | | | | | Return of Service | (Affidavit of Service) servd summ, cmpl, civil cover sheet on def by leaving with j. griffin lesher, secretary and authorized to recieve service of process for the def on 1-25-12 | 0.3MB |
| 41877107 | 1/13/2012 9:48 AM MST | File Only | 2012CV45 EDWARDS, LANDIS vs. ZENIMAX MEDIA INC et al | Steven L Woodrow, Edelson McGuire LLC | Civil Case Cover Sheet | Civil Case Cover Sheet | 0.1MB |
| 41751635 | 1/9/2012 9:44 AM MST | File Only | 2012CV45 EDWARDS, LANDIS vs. ZENIMAX MEDIA INC et al | Steven L Woodrow, Edelson McGuire LLC | Civil Case Cover Sheet | Civil Case Cover Sheet (no case number in caption) | 0.2MB |
| 41748415 | 1/9/2012 8:04 AM MST | File And Serve | 2012CV45 EDWARDS, LANDIS vs. ZENIMAX MEDIA INC et al | Sheila Ann Rappaport, CO Denver County District Court 2nd JD | Order | DELAY REDUCTION ORDER | 0.1MB |
| | | | | | Notice Filed | NOTICE AND ORDER TO FILE JDF 601 DISTRICT COURT CIVIL CASE COVER SHEET | 0.1MB |
| | 1/5/2012 4:01 PM MST | File Only | 2012CV45 EDWARDS, | Steven L Woodrow, | Complaint and Jury Demand | Complaint and Jury Demand | 0.1MB |

| | | | | | |
|---|---|---|---|---|---|
| 🕒 41716252 | | LANDIS vs. ZENIMAX MEDIA INC et al | Edelson McGuire LLC | Summons Issued | Bethesda Softworks, LLC Summons *NO SERV | 0.2MB |
| | | | | Summons Issued | Zenimax Media, Inc. Summons *NO SERV | 0.2MB |
| | | | | Civil Case Cover Sheet | Civil Case Cover Page | 0.2MB |

1-8 of 8 transactions   <<Prev Page 1 of 1 Next>>