# EXHIBIT C

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAWRENCE WALEWSKI,**

          Plaintiff,

-vs-                                   Case No. 6:11-cv-1178-Orl-28DAB

**ZENIMAX MEDIA, INC., and BETHESDA SOFTWORKS, LLC,**

          Defendants.
_____/

## ORDER

This case is before the Court on Plaintiff's Motion for Class Certification (Doc. No. 40) filed November 16, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of "Plaintiff's Objections to the Magistrate Judge's January 30, 2012 Report and Recommendation" (Doc. 55), and Defendants' Opposition thereto (Doc. 57), Plaintiff's Objections are **overruled**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation ("R&R") filed January 30, 2012 (Doc. No. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Class Certification (Doc. 40) is **DENIED**.

3. To the extent Plaintiff's Motion for Class Certification (Doc. 40) is a "veiled request to file an amended motion months down the road" (Doc. 54, p.5), that request, as well as Plaintiff's request to amend in its Objections to the R&R (Doc. 55, p. 12), are **DENIED**.

4. Plaintiff's Complaint is dismissed for failure to state a claim. Plaintiff lacking standing to prosecute the Complaint as pled, Plaintiff will not be granted leave to amend his Complaint. The Clerk of the Court is directed to terminate any pending motions(s) and close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13___ day of March, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record