IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00411-WYD-KLM

LANDIS EDWARDS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ZENIMAX MEDIA, INC., a Delaware corporation, and
BETHESDA SOFTWORKS, LLC, a Delaware limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Stay Discovery and Incorporated Memorandum of Law and Request for Expedited Hearing** [Docket No. 24; Filed April 25, 2012] (the "Motion"). Defendants request expedited briefing on the Motion. The Court sets the briefing schedule as follows.

    IT IS HEREBY **ORDERED** that Plaintiff shall file a Response in opposition to the Motion on or before **May 8, 2012**. Defendants may Reply on or before **May 14, 2012**.

    Dated: April 26, 2012