IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 12-cv-00411-WYD-KLM

LANDIS EDWARDS, individually and on behalf of all others similarly situated,

 Plaintiff,

v.

ZENIMAX MEDIA INC., a Delaware Corporation, and
BETHESDA SOFTWORKS LLC, a Delaware Limited Liability Company,

 Defendant.

---

**ORDER**

---

 This matter is before the Court on Defendants' Motion to Dismiss and Incorporated Memorandum of Law [ECF No. 5], filed February 16, 2012.   The Court has contemporaneously filed an order granting Defendants' Motion to Strike Plaintiff's Class Allegations and Incorporated Memorandum of Law, [ECF No. 16].   Since the class allegations of the complaint have been stricken, I have decided to deny the pending motion to dismiss without prejudice and allow the Defendants to re-file a new motion tailored to the remaining complaint allegations.   Accordingly, it is

 ORDERED that Defendants' Motion to Dismiss and Incorporated Memorandum of Law [ECF No. 5], filed February 16, 2012, is **DENIED WITHOUT PREJUDICE**.   It is

 FURTHER ORDERED that if the Defendants choose to re-file a motion to dismiss, such a motion must be filed **by Friday, October 26, 2012.**

Dated:   September 25, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE