**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00411-WYD-KLM

LANDIS EDWARDS, individually and on behalf of all others similarly situated

    Plaintiff,

    v.

ZENIMAX MEDIA INC., a Delaware Corporation, and
BETHESDA SOFTWORKS LLC, a Delaware Limited Liability Company

    Defendants.

_____/

**NOTICE OF CHANGE OF FIRM NAME**

TO:    The Clerk of the Court and all Parties of Record.

    **PLEASE TAKE NOTICE THAT** effective March 8, 2013, Edelson McGuire LLC has changed its name to Edelson LLC. All future reference to the firm in this matter should be to Edelson LLC. The firm's and its lawyers' addresses, phone numbers, facsimile numbers and email addresses have not been affected by the name change and will remain the same.

    Respectfully submitted,

    **EDELSON LLC**,

Dated: March 11, 2013    By:  /s/ Steve Lezell Woodrow

EDELSON LLC
Steve Lezell Woodrow
99 18th Street, Suite 300
Denver, CO 80302
Tele: (303) 357-4878
Fax: (312) 589-6378
swoodrow@edelson.com

Rafey S. Balabanian (admitted *pro hac vice*)

2

Eve-Lynn J. Rapp (admitted *pro hac vice*)
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tele: (312) 589-6370
Fax: (312) 58906378
rbalabanian@edelson.com
erapp@edelson.com

## CERTIFICATE OF SERVICE

   I, Steve Lezell Woodrow, an attorney, hereby certify that on March 11, 2013, I served the above and foregoing ***Notice of Change of Firm Name***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this the 11th day of March 2013.

                    /s/ Steve Lezell Woodrow