IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00411-WYD-KLM

LANDIS EDWARDS, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

ZENIMAX MEDIA, INC., a Delaware corporation, and
BETHESDA SOFTWORKS, LLC, a Delaware limited liability company,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants' Unopposed Motion to Vacate Final Pretrial Conference** [Docket No. 49; Filed June 19, 2013] (the "Motion"). In the Motion Defendants request that the Final Pretrial Conference set for July 1, 2013 at 9:30 a.m. be vacated pending resolution of the pending motion to dismiss [#36]. The Court notes that discovery in this matter was stayed pending resolution of Defendants' original motion to dismiss [#5] and motion to strike [#16]. *Order* [#30] at 9. Further, pursuant to the Court's Order, Defendants filed a renewed motion to dismiss [#36] which is pending before District Judge Wiley Y. Daniel. Accordingly,

IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for July 1, 2013, at 9:30 a.m. is **VACATED**. The Court will reset the Final Pretrial Conference, if necessary, after resolution of Defendants' Renewed Motion to Dismiss [#36].

Dated: June 21, 2013