IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00411-WYD-KLM

LANDIS EDWARDS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ZENIMAX MEDIA INC., a Delaware Corporation, and BETHESDA SOFTWORKS LLC, a Delaware Limited Liability Company,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Joint Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed December 31, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation for Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 61) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated:  January 2, 2014

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Senior United States District Judge